FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALISI HARRIS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ASOTIN COUNTY; ASOTIN COUNTY SHERIFF'S OFFICE; and MICHAEL BABINO, in his official capacity and individual capacity,<br><br>    Defendants. | No. 2:23-CV-00105-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

Before the Court is the Parties' Stipulated Motion and Order of Dismissal with Prejudice and without Costs, ECF No. 9. Plaintiff is represented by Anika R. Ades and Joseph R. Shaeffer. Defendants are represented by Michael E. McFarland, Jr.

The motion states that it is stipulated and agreed by and between the parties that all of Plaintiff's claims against Defendants should be dismissed with prejudice and without costs or attorneys' fees to any party.

//

//

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned action is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

2. Any pending motions are **DISMISSED as moot**.

3. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 13th day of June 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**